IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES TERRY**                                                                                          **PETITIONER**
**ADC #180890**

v.                              Case No: 4:25-cv-00147-LPR

**DEXTER PAYNE,**
*Director, ADC*                                                                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 3rd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE